USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/01/2022

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

UNITED STATES OF AMERICA,

                Plaintiff,

- against -

EDWIN ANDRES ALVARADO SEGURA,

                Defendant.

---

**22 Cr. 552 (JMF)**

**ORDER**

**VICTOR MARRERO, United States District Judge, Part I.**

On November 29, 2022, Magistrate Judge Stewart Aaron held a Bond Hearing and ordered the Defendant, Edwin Andres Alvarado Segura ("Segura") released on a $50,000 Personal recognizance bond subject to certain conditions. (See Dkt. No. 19.) The Government appeals the bail decision, and Judge Furman referred the bail appeal to this Court, sitting as Part I Judge.

The bail appeal hearing shall be scheduled for December 2, 2022, at 12:45 p.m. in Courtroom 15B. The parties' briefs in support of their positions are due on December 1, 2022. Pursuant to the parties' stipulation, the Court orders the stay of Magistrate Judge Aaron's decision pending disposition of the bail appeal hearing.

**SO ORDERED.**

Dated:    1 December 2022
          New York, New York

_____
          Victor Marrero
          U.S.D.J., Part I