# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911 / Fax: 212.792.4946 / jrs@shellowlaw.com
15 Chester Avenue · White Plains · New York · 10601

December 4, 2022

**BY ECF AND EMAIL**

The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY 10007
Furman_NYSDChambers@nysd.uscourts.gov

RE: *United States v. Edwin Alvarado Segura*, 22-cr-552 (JMF)

Dear Judge Furman:

    I represent Edwin Alvarado Segura. On Friday, December 2, the Honorable Victor Marrero affirmed Magistrate Judge Stewart D. Aaron's determination that Edwin could be released on bond.[1] However, Judge Marrero added new conditions, including home incarceration. My understanding of home incarceration is that a defendant may not leave his residence for any purpose without approval from the Court. Accordingly, I respectfully request that Your Honor immediately make two exceptions: (1) to meet with counsel, and (2) to attend court appearances. We are scheduled for an initial conference before Your Honor on Wednesday, December 7, and I would like to be able to meet with Edwin tomorrow without having to go to his residence. I have consulted AUSA Kaylan Lasky, and the Government consents to this request.

Respectfully submitted,

Jill R. Shellow

Application GRANTED. The Clerk of Court is directed to terminate Docket No. 31.

SO ORDERED.

December 5, 2022

---

[1] The indictment names six co-defendants, including Edwin Alvarado Segura and his brother, Edward Alvarado Segura. To avoid confusion, I will refer to Edwin by his first name.

Admitted: NY, CT, DC