# LAW OFFICES OF JILL R. SHELLOW

Telephone: 212.792.4911  /  Fax: 212.792.4946  /  jrs@shellowlaw.com
15 Chester Avenue · White Plains · New York · 10601

December 4, 2022

**BY ECF ONLY**
The Honorable Jesse M. Furman
United States District Judge
Southern District of New York
40 Foley Square
New York, NY  10007
Furman_NYSDChambers@nysd.uscourts.gov

*Application GRANTED. The Clerk of Court is directed to terminate Doc. #37. SO ORDERED.*

*December 7, 2022*

**RE:**   *United States v. Edwin Alvarado Segura*, 22-cr-552 **(JMF)**

Dear Judge Furman:

On November 29, 2022, Magistrate Judge Stewart D. Aaron appointed me pursuant to the Criminal Justice Act to represent Edwin Alvarado Segura.  Barry Goldberg, Esq., advised me this afternoon that he has been retained to represent Edwin, and Mr. Goldberg has filed a Notice of Appearance.  Accordingly, I respectfully request that Your Honor relieve me of this representation and excuse my appearance at tomorrow's status conference.

Thank you for your consideration.

Respectfully submitted,

Jill R. Shellow

cc:     Edwin Alvarado Segura

Admitted:  NY, CT, DC